# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## <u>JUDGMENT IN A CIVIL CASE</u>

**James Salmini**

**vs.**                              **CASE NUMBER: 3:06-CV-458 (FJS/DEP)**

**Commissioner of Social Security**

**Decision by Court.**  This action came to hearing before the Court.
The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Report and Recommendation of Magistrate Judge David E. Peebles is ADOPTED in its entirety, the Commissioner's decision is AFFIRMED and plaintiff's Complaint is therefore DISMISSED.

All of the above pursuant to the Order of the Honorable Judge Frederick J. Scullin, Jr., dated the 23rd day of June, 2009.

DATED: June 23, 2009

Clerk of Court

s/ _____
Joanne Bleskoski
Deputy Clerk